667 A.2d 212

**Leland E. ROTHERMEL, Jr., Personal Representative of Leland E. Rothermel and Dorothy Rothermel, in her right**

v.

**OWENS–ILLINOIS GLASS CO., Johns–Manville Corporation and Keene Corporation.**

**Appeal of OWENS–ILLINOIS GLASS CO.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1995.

Decided Nov. 22, 1995.

Nathan A. Schachtman, Carol L. Widemon, Cherry Hill, NJ, for Owens–Illinois Glass Company.

Edward P. Monaghan, Jeffrey G. Moyer, Philadelphia, for Leland E. Rothermel, Jr., et al.

R. Bruce Morrison, Philadelphia, for Johns–Manville Corporation.

James Lotz, New York City, for Keene Corporation.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).